UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | Civil Action No. |
| Roy Bennett Beard | ) | |
| a/k/a/ Octegus Tesambers | ) | |
| a/k/a/ Octegus Tesasmbers | ) | 09 C 5606 |
| | ) | |
| | ) | |

**EXECUTIVE COMMITTEE ORDER**

IT APPEARING THAT on September 3, 2009, an Executive Committee order was entered, restricting the filings of Roy Bennett Beard such that any submissions from Mr. Beard shall be reviewed by the Executive Committee to determine whether they should be filed.

IT FURTHER APPEARING THAT on December 27, 2017, Roy Bennett Beard submitted documents for filing.

IT FURTHER APPEARING THAT at its meeting on January 11, 2018, the Executive Committee considered the documents and denied Mr. Beard leave to file his complaint, therefore

**IT IS HEREBY ORDERED THAT** Roy Bennett Beard is denied leave to file his documents submitted on December 27, 2017, and

**IT IS FURTHER ORDERED THAT** the order entered on September 3, 2009 remains in force, and

**IT IS FURTHER ORDERED** That the Clerk shall cause a copy of this order to be mailed to Mr. Beard at 30 W. 1408, Chicago, Illinois 60654, the address given by Mr. Beard in documents received on December 27, 2017. Such mailing shall be by certified or registered mail, return receipt requested.

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge

Dated at Chicago, Illinois this _____ day of January, 2018